NUMBER 13-01-730-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


JOSEPH F. SEGURA, D/B/A AROUND THE 

CLOCK BAIL BONDING , Appellant,


v.


THE STATE OF TEXAS , Appellee.

____________________________________________________________________


On appeal from the 252nd District Court

of Jefferson County, Texas.

____________________________________________________________________


O P I N I O N

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam



Appellant, JOSEPH F. SEGURA, D/B/A AROUND THE CLOCK BAIL BONDING , perfected an appeal from a
judgment entered by the 252nd District Court of Jefferson County, Texas, in cause number 3798 . Appellant has filed a
motion to dismiss the appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 6th day of December, 2001 .